IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MELVIN BALDWIN, A/K/A, | ) | |
| JUSTICE I. ALLAH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:12-CV-301-TMH |
| | ) | [WO] |
| STATE OF NEW JERSEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Petitioner, an inmate currently incarcerated at the Montgomery County Detention Facility in Montgomery, Alabama, filed this 28 U.S.C. § 2254 application for habeas corpus relief on April 3, 2012. He seeks to challenge matters associated with a sentence of probation imposed on him by the Union County Superior Court on September 15, 2011 and requests that the sentence be vacated. The Union County Superior Court is located in Elizabeth, New Jersey. Doc. No. 1.

**I. DISCUSSION**

This court, "in the exercise of its discretion and in furtherance of justice," may transfer Petitioner's application for writ of habeas corpus to "the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced" Petitioner. *See* 28 U.S.C. § 2241(d). Petitioner seeks to challenge matters associated with a sentence imposed against him by the Superior Court for Union County, New Jersey. All of the records pertaining to this sentence are

located in the Superior Court for Union County, New Jersey. The Superior Court for Union County, New Jersey is located within the jurisdiction of the United States District Court for the District of New Jersey. In light of the foregoing, this court shall transfer this case to such other court for hearing and/or determination as deemed appropriate.[1]

## II. CONCLUSION

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be TRANSFERRED to the United States District Court for the District of New Jersey.

It is further

ORDERED that on or before **April 25, 2012**, the parties may file objections to the Recommendation. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects. Frivolous, conclusive or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a *de novo* determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the

---

[1] Petitioner has submitted a motion for leave to proceed *in forma pauperis.* Because this case is being transferred, a ruling on Petitioner's filing status will be left for determination by the United States District Court for the District of New Jersey.

District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982). *See Stein v. Reynolds Sec., Inc.*, 667 F.2d 33 (11th Cir. 1982); *see also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (en banc) (adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981).

Done this 11th day of April, 2012.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE