IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MELVIN BALDWIN, A/K/A, | ) | |
| JUSTICE I. ALLAH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:12-CV-301-TMH |
| | ) | |
| STATE OF NEW JERSEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Magistrate Judge entered a Recommendation (Doc. #3) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted.  Accordingly, it is

ORDERED that the Recommendation (Doc. #3) of the Magistrate Judge is ADOPTED and this case is TRANSFERRED to the United States District Court for the District of New Jersey.

Done this 9th day of May, 2012.

/s/ Truman M. Hobbs

_____
SENIOR UNITED STATES DISTRICT JUDGE