IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELVIN BALDWIN, A/K/A,<br>JUSTICE I. ALLAH,<br><br> Petitioner,<br><br> v.<br><br>STATE OF NEW JERSEY, *et al.*,<br><br> Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 2:12-CV-301-TMH<br>)<br>)<br>)<br>) |

## ORDER

The Magistrate Judge entered a Recommendation (Doc. #3) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #3) of the Magistrate Judge is ADOPTED and this case is TRANSFERRED to the United States District Court for the District of New Jersey.

Done this 9th day of May, 2012.

           /s/ Truman M. Hobbs

           _____
           SENIOR UNITED STATES DISTRICT JUDGE